IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Appellee,

v.                                                         CASE NO. 1:11-cr-00031-MP

DAVID LESNIEWICZ,

    Appellant.

_____/

## O R D E R

Previously, in the order at Doc. 8, the Court granted attorney Spivey's motion to withdraw directed the appellant to inform the Court, in writing, by Wednesday, November 30, 2011, whether he intends to continue prosecuting this appeal. The order directed Attorney Spivey to attempt to deliver it to appellant, or to inform the Court in writing that she was unable to do so. In Doc. 10, Ms. Spivey indicated that she had not been able to reach Mr. Lesniewicz despite various attempts and that she had left a copy of the order on December 1, 2011, with the person who last had contact with Mr. Lesniewicz. No response has been received from Mr. Lesniewicz.

    Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    This appeal is dismissed for want of prosecution, and the Clerk is directed to close the file.

    **DONE AND ORDERED** this 19th day of December, 2011.

                                                *s/ Stephan P. Mickle*
                                                Stephan P. Mickle
                                                Senior United States District Judge